IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTONIO GOLDMON, #L2050**                                      **PLAINTIFF**

**v.**                                                   **CAUSE NO. 1:14-cv-424-LG-RHW**

**WEXFORD HEALTH, ET AL.**                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of April, 2015.

                                                                 s/ *Louis Guirola, Jr.*
                                                                  LOUIS GUIROLA, JR.
                                                                  CHIEF U.S. DISTRICT JUDGE